## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ANTHONY K. LAYSSARD** | * | **CIVIL ACTION NO. 06-0352A** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **JUDGE DEE D. DRELL** |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| **DEPARTMENT OF THE ARMY** | * | |
| Defendant | * | **MAGISTRATE JUDGE JAMES KIRK** |
| | * | **BENCH TRIAL** |

*******************************************************************************

## ORDER

**THIS MATTER** having come before the Court pursuant to the Plaintiff's *Daubert* Motion to Exclude or Limit the Testimony of Rimkus Consulting Should Plaintiff's Motion in Limine to Exclude Defense Expert be Denied, the Court having been fully advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant, United States Of America, Department of the Army, appear and show cause on _____ day of _____, 2007 at __:_____ __.m., why the testimony of Rimkus Consulting Group, Inc., Drs. Baratta and Smith, should not be excluded or limited based on the factors expressed in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786 (1993).

Alexandria, Louisiana, this _____ day of _____, 2007.

_____
JUDGE, U.S. DISTRICT COURT, WESTERN DISTRICT
OF LOUISIANA, ALEXANDRIA DIVISION